# Court of Appeals
# of the State of Georgia

ATLANTA, December 08, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1314. BARRON et al. v. EMORY HEALTHCARE, INC.

This is a renewal action filed by David M. Barron and Susan Koch Barron against Emory Healthcare, Inc. The Barrons file this appeal from a trial court order granting Emory's motion for summary judgment.

In deciding Emory's motion for summary judgment, the trial court considered the parties' briefs, the arguments of counsel, and the "underlying record." She referenced "records produced during discovery" and "testimony adduced during depositions." It is apparent that the trial court was referring to the underlying record in the Barrons' dismissed original action, including depositions and discovery; the parties cited this material in their summary judgment filings. Very little of this material is included in the appellate record before us.[1]

Absent the materials considered by the trial court, we cannot conduct meaningful appellate review of the order granting Emory's motion for summary judgment. See *Moore v. Food Associates*, 210 Ga. App. 780, 781 (437 SE2d 832) (1993) ("It is well established that on appeal of a grant of summary judgment, the appellate court must determine whether the trial court erred in concluding that no genuine issue of material fact remains and that the party was entitled to judgment as a matter of law. This requires a de novo review of the evidence.")

So we **REMAND** this appeal to the state court for completion of the record.

---

[1] We previously granted the Barrons' motion to supplement the record on appeal with the transcript of the deposition of Emily McMaster taken in the original case, but this is the only deposition in the appellate record before us.

When the record has been completed, the clerk of the state court is directed to transmit the record to this court for re-docketing. The Barrons' motion for an extension of time to file their appellate brief and Emory's motion to dismiss the Barrons' appeal are **DENIED AS MOOT**.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   12/08/2021*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*